UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DeBOSE, | No. C 12-6169 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| GOVERNOR EDMUND G. BROWN; et al., | |
| Defendants. | |

Plaintiff's request for an extension of the deadline to file an amended complaint is GRANTED. (Docket # 6.) The amended complaint must be filed no later than **June 14, 2013**.

IT IS SO ORDERED.

Dated: May 20, 2013

_____
SUSAN ILLSTON
United States District Judge