**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD R. DeBOSE,                                              No. C 12-6169 SI (pr)

       Plaintiff,                                                    **ORDER EXTENDING DEADLINE**

   v.

GOVERNOR EDMUND G. BROWN;
et al.,

       Defendants.
                                                          /

     Plaintiff's request for an extension of the deadline to file an amended complaint is GRANTED. (Docket # 6.) The amended complaint must be filed no later than **June 14, 2013**.

     IT IS SO ORDERED.

Dated: May 20, 2013                               _____
                                                           SUSAN ILLSTON
                                                      United States District Judge