UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. DeBOSE, | No. C 12-6169 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GOVERNOR EDMUND G. BROWN; et al., | |
| Defendants. | |

This action is dismissed because the amended complaint fails to state a claim against any particular defendant and fails to comply with the court's order to correct the deficiencies that existed in the complaint. In the alternative, this action is dismissed because *Younger* abstention is warranted.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 26, 2013

_____
SUSAN ILLSTON
United States District Judge