UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD R. DeBOSE,

      Plaintiff,

v.

GOVERNOR EDMUND G. BROWN; et al.,

      Defendants.

No. C 12-6169 SI (pr)

**JUDGMENT**

This action is dismissed because the amended complaint fails to state a claim against any particular defendant and fails to comply with the court's order to correct the deficiencies that existed in the complaint. In the alternative, this action is dismissed because *Younger* abstention is warranted.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 26, 2013

                                                    SUSAN ILLSTON
                                         United States District Judge